sons for our decision has been issued to the parties for their use only.

Joseph McGINNIS, Appellant,

v.

CHRYSLER CORPORATION, Respondent.

No. 65725.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 13, 1994.

Susan K. Roach, Daniel A. Ness, Chesterfield, for appellant.

Robert W. Haeckel, Edward W. Warner, St. Louis, Maria W. Campbell, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and CRIST and CRANDALL, JJ.

### ORDER

PER CURIAM.

Claimant appeals from the decision of the Commission denying him workers' compensation benefits for his occupational disease claim. We affirm. The Commission's findings are supported by competent and substantial evidence and no error of law appears. Rule 84.16(b)(4) and (5).

We find a written opinion in this case would have no precedential value and affirm by written order. A memorandum setting forth the reasons for our decision has been issued to the parties for their use only.

STATE of Missouri, Plaintiff/Respondent,

v.

Gary CALLIES, Defendant/Appellant.

No. 64593.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 13, 1994.

Emmett D. Queener, Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and CRIST and CRAHAN, JJ.

### ORDER

PER CURIAM.

Defendant appeals his conviction by a jury for attempted possession of a controlled substance, § 564.011, RSMo 1986. The court sentenced him as a prior offender to a prison term of five years. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).